# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FOX SHIVER, LLC,

      Plaintiff,

v.                                          Case No:   6:25-mc-10-RBD-LHP

INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

      Defendant

---

## ORDER

This cause comes before the Court on the filing of a Writ of Garnishment. Doc. No. 2. On review, the filing (Doc. No. 2) is **ORDERED stricken**. A request for affirmative relief must be made by motion in compliance with the Court's Local Rules. *See* Local Rules 1.08, 3.01(a).[1] Moreover, the Court notes that the Writ is directed to the Sheriff of the State of Florida rather than the United States Marshal Service. Doc. No. 2, at 1. *See* Fed. R. Civ. P. 4.1(a).

---

[1] Although Plaintiff attaches an Application for Writ of Garnishment (Doc. No. 2-1), that filing does not comply with Local Rule 3.01(a) either.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties